NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**VISKASE COMPANIES, INC.,**
*Plaintiff-Appellee,*

v.

**WORLD PAC INTERNATIONAL AG, WORLD PAC INTERNATIONAL USA, AND SUN PRODUCTS MARKETING UND MANUFACTURING AG,**
*Defendants-Appellants.*

---

2011-1256

---

Appeal from the United States District Court for the Northern District of Illinois in case no. 09-CV-5022, Judge Elaine E. Bucklo.

---

**ON MOTION**

---

**ORDER**

World Pac International AG, et al., move without opposition for leave to include a copy of a prior art reference in the addendum to their blue brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__JUL 1 8 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Bradford P. Lyerla, Esq.
    Gary A. Rosen, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUL 1 8 2011

**JAN HORBALY**
**CLERK**